JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ENGLISH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BESTBUY CO., INC., et al.,<br><br>　　　　Defendants. | NO. CV 21-7085 FMO (JEMx)<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge